JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO CASTRELLON,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. CV 20-3295-DMG (ASx)<br><br>**JUDGMENT** |

  This Court having granted Defendant Costco Wholesale Corporation's Motion for Summary Judgment by Order dated June 17, 2021,

  IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Hugo Castrellon.

DATED: June 17, 2021

               _____
               DOLLY M. GEE
               UNITED STATES DISTRICT JUDGE